# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2207
_____

Jose Francisco Villatoro Mejia,

*Petitioner*,

v.

Eric H. Holder, Jr.,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: January 3, 2013
Filed: February 13, 2013
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

     Jose Francisco Villatoro Mejia, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision denying him asylum, withholding of removal, and cancellation of removal. After careful review, we find no basis for reversal. First, we conclude that substantial evidence supported the denials of asylum and withholding of removal.

See <u>Khrystotodorov v. Mukasey</u>, 551 F.3d 775, 781 (8th Cir. 2008); <u>Reyes-Morales v. Gonzales</u>, 435 F.3d 937, 941-42 (8th Cir. 2006).  Second, we conclude that we lack jurisdiction to review the BIA's discretionary determination that Mejia failed to show the requisite level of hardship to his children, for purposes of his cancellation-of-removal application.  <u>See</u> <u>Zacarias-Velasquez v. Mukasey</u>, 509 F.3d 429, 434 (8th Cir. 2007).

      Accordingly, the petition for review is denied.  <u>See</u> 8th Cir. R. 47B.

_____